UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALTITUDE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SHENZHEN JINNUO PRECISION PRODUCTS CO., LTD., a Chinese business entity of form unknown; SHENZHEN WYN-WORLD TECHNOLOGY LTD., a Chinese corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-9089-GW-MAR<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

## **JUDGMENT**

This cause having come before this Court on the motion of Plaintiff Laltitude LLC ("Laltitude" or "Plaintiff") for default judgment and permanent injunction against Defendants Shenzhen Jinnuo Precision Products Co., Ltd., and Shenzhen Wyn-World Technology Ltd., (collectively, "Defendants");

AND, the Court having read and considered the pleadings, declarations, and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion;

AND, GOOD CAUSE APPEARING THEREFORE, the Court finds the Defendants liable for Design Patent Infringement based upon Plaintiff's meritorious claim set forth in their Complaint. *Dkt. 1*. Specifically, the court finds that Defendants' "Bluetooth Shower Speaker" infringes upon United States Patent No. D742,359 ("Patent").

Defendants' manufacture, sale, offering for sale, and/or import of the infringing product was engaged in without leave or license from Plaintiff, in violation of Plaintiff's rights in and to Plaintiff's properties.

The Court finds that there is no just reason for delay in entering the default judgment and permanent injunction sought herein.

Therefore, based on the foregoing facts, and GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS that this Judgment and Permanent Injunction shall be and is hereby entered in within the action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof. Service of process was properly made on the Defendants.

2) Defendants have manufactured, offered for sale, sold, and/or imported a "Bluetooth Shower Speaker" which infringes upon United States Patent No. D742,359.

3) Defendants and their agents, servants, employees, and all persons in

active concert and participation with it, who receive actual notice of the injunction, are hereby restrained and enjoined from engaging in the manufacture, use, offer for sale or sale within the United States, or importation into the United States, of the Infringing Product until after the expiration date of the Patent.

4) Defendants are required to stop using or selling all material in Defendants' possession, custody, or control, that includes or incorporates products that infringe Plaintiff's Patent rights, including but not limited to, any products, containers, packages, labels and advertisements in their possession or under their control utilizing Plaintiff's Patent, or any simulation, reproduction, counterfeit, copy or colorable imitation thereof.

5) This judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court, and Plaintiff is ordered to serve it on Defendants.

6) The Court finds there is no just reason for delay in entering this Judgment and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Judgment against Defendants.

7) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this judgment.

Dated: 3/22/23

Hon. George H. Wu
United States District Court Judge